UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 12 2018

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

Angela I. Terry
_____

_____

(Name of plaintiff or plaintiffs)

v.  CIVIL ACTION NO. 4:18cv118-JLH
(case number to be supplied by the assignment clerk)

G4S Secure Solutions (USA), INC
Tracy Parker
Steve Willis & David Fillmore

This case assigned to District Judge Holmes
and to Magistrate Judge Harris

(Name of defendant or defendants)

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Angela I. Terry (name of plaintiff), is a citizen of the United States and resides at P.O. Box 193233 (street address), LR (city), Pulaski (county), AR (state), 72219 (ZIP), 501-349-5638 (telephone).

3. Defendant, G4S Secure Solutions (USA) INC (name of defendant) lives at, or its business is located at 300 Spring St Suite 900 (street address), Little Rock (city), Pulaski (county), AR (state), 72201 (ZIP).

4. Plaintiff sought employment from the defendant or was employed by the

defendant at **401 W. Capital Suite 450**, **Little Rock**,
(street address)           (city)
**Pulaski**, **AR**, **72201**.
(county)    (state)      (ZIP)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about **April 1, 2017, August Sep-Nov 2017 17th 2017**.
(month) (day) (year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **Jan 12th 2018**.
(month) (day) (year)

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on **Jan 18 2018**, a copy of which notice
(month) (day) (year)
is attached to this complaint.

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) **✓** sex, (4) _____ religion, (5) _____ national origin, defendant: **Retaliation**

    (a) _____ failed to employ plaintiff.

    (b) _____ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

**G4S** (d) **Terminated my position at my security post located at (Manheim LR) 5809 S University LR, AR 72209**

9. The ⟨circumstances⟩ under which the defendant discriminated against plaintiff were

as follows: See attachment exhibit's A, B & C

_____
_____
_____
_____
_____
_____
_____

10. The acts set forth in paragraph 9 of this complaint:

   (a) _____ are still being committed by defendant.

   (b) ✓ are no longer being committed by defendant.

   (c) _____ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) _____ Defendant be directed to employ plaintiff, and

   (b) _____ Defendant be directed to re-employ plaintiff, and

   (c) _____ Defendant be directed to promote plaintiff, and

   (d) _____ Defendant be directed to Pay the max amount allowed by law for violation of civil rights, punative damages, pain-suffering, emotional distress, slander, and retaliation

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____
Angela Yerry
SIGNATURE OF PLAINTIFF

I, Angela Terry was slandered through email by my supervisor "Tracy Parker" accusing me of stealing. Tracy left the accusations in a open area where other guards could view it.

I reported my supervisor to upper management and HR... HR suggested to me that 'Tracy parker' should apologize and that he needed more trainning

Since reporting my supervisor "Tracy parker," that's when the harassment & retaliation began — Tracy repeatedly criticized my work on a on going basis! He's threatened to write me up when he knew that I was performing my duties satisfactory — I've never been late to my post, I've always been punctual and I maintained perfect attendance The harassment continued which made my work environment hostle — upper management did nothing to stop him even when I repeatedly reported my supervisor and the retaliation. I reported my supervisor 10 plus times since September 13, 2017 - G4S did nothing so it forced me to get legal consultation about the harassment & retaliation. An Attorney wrote a letter to my employer G4S on Dec 20th, 2017 (Refer to Exhibit B) After my employer received the letter from the Attorney, I was placed on Admin leave due to a allegation. the investigation began Jan 2nd, 2018 through Jan 5th 2018 — my employer informed me that upon the completion of the investigation, that the allegation made I was confused with another guard and that I would be paid for the 2 days of work missed, but I could no longer return to my post at Manheim of Little Rock. It is my belief that my employer G4S removed me from my post since I had an attorney reach out to them about the retaliation I experienced from my supervisor. I have documentation, video footage, voice Audio's, text messages, and emails as proof that I was retaliated against and wrongfully moved from my post by my employer. I believe G4S moved me from my harasser to elimate any further complaints to avoid firing the supervisor — I have been demoted to (special events and I have not worked at G4S since Dec 27th 2017 —

Since there hasn't been any special events for them to place me on. special events is not a stable income since events only take place maybe 2 or 3 times a month. I pray that the court allows me a chance to move forward in my lawsuit agaisnt my employer G4S Secure Solutions INC. in hopes that Justice will be served.

Angela Her
Plaintiff



# LISLE | RUTLEDGE
## ATTORNEYS



| | | |
|---|---|---|
| John Lisle (1939-2016)<br>Donnie Rutledge<br>Stephen Lisle | 1458 Plaza Place<br>P. O. Box 7977<br>Springdale, AR 72766-7977<br>P 479.750.4444<br>F 479.872.2122<br>www.lislerutledge.com | Gino Franco<br>Jason Boyeskie<br>Meghan M. Gallo<br>Jason Andrew Jouett<br>Nicholas P. Corcoran |

December 20, 2017

G4S Secure Solutions
Human Resources
Lyons Building
401 West Capitol Avenue #450
Little Rock, AR 72201

Tracy Parker
G4S Secure Solutions
c/o Human Resources

      RE:    Angela Terry

Dear Sir/Madam and Mr. Parker:

Please be advised that I have been authorized by Ms. Terry to contact you regarding workplace harassment she has been subject to in your employ. Ms. Terry informs me that a few months ago she filed a good faith complaint with G4S against her supervisor, Mr. Parker, after he falsely accused her of stealing. I understand that Mr. Parker was made aware of Ms. Terry's complaint and ever since has been harassing her on the job. Based on my conversation with her, his actions are retaliatory in nature, which falls under EEOC governance.

Ms. Terry reports that, since filing the complaint, Mr. Parker has repeatedly criticized her work in an ongoing and repeat basis, has advised her that she is not following procedures and had threatened to write her up. When Ms. Terry reported this conduct to management and asked for direction she was assured that she was performing her job satisfactorily and within company standards and that the harassment issue would be addressed. In spite of this assurance, the harassment has continued.

As you may be aware, under the EEO laws, it is unlawful to retaliate against an employee who participates in a complaint, process which is considered a "protected activity". Retaliation includes, but is not limited to, the following:

- Reprimanding the employee or giving a an evaluation lower than it should be;
- Increased scrutiny;
- Spreading false rumors; or
- Making the person's work more difficult.

Mr. Parker's actions therefore fall under the veil of retaliation in a number of ways.

At this time, Ms. Terry does not wish to involve the EEOC; rather she wants the harassment to end and to be treated respectfully and professionally in the workplace so that she can focus on her job. Accordingly, please treat this letter as a request that you open an investigation into this matter and address these issues with Mr. Parker, develop a plan to ensure the harassment does not continue, and follow up with Ms. Terry to verify that the harassment has ended. Please also be mindful that an employer is not entitled to punish an employee for communicating her opposition to a perceived EEO violation.

Please feel free to contact Ms. Terry directly to discuss the contents of this letter and your plan of action. While Ms. Terry does not wish to incur any unnecessary expense, I have instructed her to contact us again should this matter remain unresolved for further legal assistance.

Sincerely,

LISLE RUTLEDGE P.A.

*Meghan M. Gallo/t*

Meghan M. Gallo
Attorney at Law

cc: Angela Terry (via email)

Intake: 203816



G4S Secure Solutions (USA) Inc.
401 West Capital, Suite 450
Little Rock, AR 72201

Telephone: 501-375-3700
Fax: 501-374-5927
Email: www.g4s.com/us

To Whom It May Concern,

Officer Angela Terry was put on Administrative Leave, while an investigation took place. After a thorough investigation was conducted, Officer Terry was taken off Administrative Leave and compensated for the (2) days of work she missed. During Officer Terry's leave, the client, asked that she be removed from the site. We offered Officer Terry another site position, the only one available at the time (special events) and she accepted it.

Officer Terry is still employed by G4S

If you have any questions, please feel free to contact me.

Thank You,

*Tasha Pankey*
*Human Resources Manager*
*401 West Capital, Suite 450*
*Little Rock, AR 72201*
*Telephone: 501-375-3700*
*Fax: 501-374-5927*
*Email: tasha.pankey@usa.g4s.com/us*

Securing Your World

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Angela I. Terry<br>P O Box 193233<br>Little Rock, AR 72219 | **From:** Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |

☐   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2018-00564 | **Margie Myers,** Investigator | (501) 324-6214 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**William A. Cash, Jr.,**
**Area Office Director**

JAN 1 8 2018
*(Date Mailed)*

Enclosures(s)

cc:   **Kara Nickholds**
**Manager Equality Programs and Compliance**
**G4S SECURE SOLUTIONS USA**
**1395 University Blvd**
**Jupiter, FL 33458**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>**AMENDED**<br>493-2018-00564 |
|---|---|---|

and EEOC

_____
State or local Agency, if any

**RECEIVED JAN 12 2018 U.S. EEOC LRAO**

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Angela I. Terry** | Home Phone (Incl. Area Code)<br>(501) 349-5638 | Date of Birth<br>1985 |
|---|---|---|
| Street Address<br>**P O Box 193233, Little Rock, AR 72219** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**G4S SECURE SOLUTIONS** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code)<br>(501) 374-5969 |
|---|---|---|
| Street Address<br>**401 W Capitol, Little Rock, AR 72201** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☒ OTHER (Specify) **Retaliation**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-01-2017   Latest: 01-10-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on May 28, 2013. Beginning in April 2017, my Supervisor harassed me in the form of comments and conduct including, but not limited to, he said he heard and saw my commercials and billboards, and if he had a job like that he wouldn't work here, he wrote an email with false allegations against me, he left emails with false information in an area where Coworkers could see it, he asked others to watch me, and he repeatedly told me to watch my scans and threatened to write me up if I didn't. Beginning on September 12, 2017, I repeatedly reported the harassment. On January 2, 2018, I was placed on leave without pay. On January 5, 2017, I was told I was going to be paid for the unpaid leave, and was removed from the assignment.

I believe I was harassed, placed on leave, and removed from the assignment because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended, and because I filed complaints against my Supervisor.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 1-12-18  *Angela Terry* (signed)<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |