IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA TERRY           CASE NO.4:18-CV-00118-JHL
PLAINTIFF

V.

G4S SECURE SOLUTIONS (USA) INC.,
DEFENDANT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 25 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLAINTIFFS AMENDED COMPLAINT AGAINST G4S SECURE SOLUTIONS USA INC

I, Angela Terry, bring fourth this cause of action against G4S Secure Solutions. I have made the court aware in my initial complaint and also in my response to the defendant's motion to dismiss, that I felt that I was wrongfully removed from my post at Manheim of Little Rock by G4S secure solutions, for various reason which are:

a.) I've complained to my employer about being harassed, discriminated against, and retaliated against by my former supervisor

b.) The fact that I had to seek legal consultation and exercised my rights as an employee.

c.) I felt that G4S where tired of the complaints and wanted to move me away from my harasser since the attorney brought to light the harassment I endured.

d.) I believe the letter from the attorney angered G4S and therefore I was moved out of retaliation and a way to punish me for seeking help. G4S was highly aware of my many complaints and knew I kept a log book in which I documented all the harassment that I was subjected to by my former supervisor.

In addition, I would like to take this time out to give the court a bit more insight regarding more incidents that happened to me at my post. The court has been made aware of my meeting with HR on September 13, 2017 that lasted a half hour. I want the court to know that every single detail surrounding the meeting with HR specifically things that were not mentioned in its entirety, because my previous response would have been extremely lengthy. In this Amended complaint I would like for the court to get the full understanding as to why I feel I was allowed by G4S to continuously be discriminated, retaliated against, and harassed by my former supervisor.

Since I was given the opportunity to sit down with HR I felt it was the perfect time to go in detail of how I was talked to and treated by my former supervisor beginning in April – and the fact that I tried ignoring my supervisor. I told HR that In my opinion, if I was a guy my supervisor would have never treated and spoken to me the way he'd done. I'd felt that he was partial to male guards since he's openly gay. I told HR, I felt Tracy was threatened by me due to my strong work ethic and my outside of work accomplishments. HR was aware that Tracy purposely tried to assassinate my character when he labeled me as a thief. As site supervisor, Tracy had access to the camera system therefore any speculations that came about would have immediately been laid to rest had he looked at the camera to see if fuel was stolen. I also reported Officer Parker several times for intentionally trying to steamroll my work ethic on a consistent basis. It was an absolute nightmare working with Tracy Parker and G4S did nothing to stop it when they could have.

When I began my employment with G4S in 2013 I have consistently respected the companies rules, dress code, I've put in my best effort to get my job done to the best of my ability while maintaining perfect attendance. I've even reported to work the same day I had a major foot surgery in October of 2017 against my doctor's order, so that I could maintain my perfect attendance record because my job meant that much to me.

The court has also been made aware that on Nov. 28th, 2017 I had a meeting with my superiors and HR regarding the incident that happened on Thanksgiving. I would like to add that my meeting with them lasted roughly 40 minutes… I discussed several issues with them about Tracy Parker as I read from my notebook of documentations - I'd kept a log of Tracy constantly making comments about how the other guards (male guards) did such a great job and that I need to do better with my scanning stating in quote: " He will not tolerate missed scans, and that he's not going to keep telling me over and over like a kid to scan" an saying to me that I would be the reason that G4S loses their contract with Manheim by not scanning and before he lets that happen or allow his job to be affected because of me, that he will get rid of the problem guard.

I informed G4S that he was nice to the male guards any time a male was there training with him he'd always laugh and seem to be in good spirits around guys, but he did not treat me fairly. I informed them during the meeting that when Tracy spoke to me he'd roll his eyes and his neck at me. Steve Willis and David Fillmore thought it was funny and started laughing when I mentioned Tracy rolling his eyes, but I did not find the way I was treated by Tracy to be funny. I also informed my superiors during the meeting that I felt discriminated against since I was the only female guard at my post. I'd worked my post at Manheim from February 2017 until December 2017 and it was not until December 2017 when I saw another G4S female guard working at the Manheim post.

<u>It is my belief that G4S fabricated the entire reason as to why they moved me from my post by saying to me that Manheim no longer wanted me there although an investigation was conducted and I was cleared of any wrong doing. (Refer to Exhibit A- voice audio recording on CD)</u>

On January 5th, 2018, I was told by Steve Willis and HR manager Tasha Pankey that G4S had no unarmed post available and that as soon as unarmed post became available that I would be the first to be offered a position. I would like to provide the court with proof that G4S has had, and currently have unarmed post available and they purposely have not considered me for a permanent post in which I feel I'm still being retaliated against by G4S. I have been checking their online job postings since February 2018 (Refer to Exhibit B) I have reached out to my area supervisor about the job postings and still to no avail has anything changed (Refer to Exhibit C)

<u>G4S placing me on Special Events has affected my economic status since it's not a steady income.</u> G4S has refused to provide me with documentations of all of my complaints that I brought to them for several months. I believe that G4S are refusing to provide me with documentation so that I would not have proof to show the court in case a lawsuit was filed. (Refer to Exhibit D voice audio recording on CD)

I would also like to inform the court that I had a brief meeting with HR in Feb. 2018 …. I was told to come to the G4S office because she had prepared a document for me regarding only the administrative leave that I was placed on back in January 2, 2018. I met with HR for about 10 minutes and during that meeting I expressed to HR about how upset I was about being moved from my post for no reason and the fact that Tracy had not been fired or demoted for all of the complaints I brought against him. HR manager, Tasha Pankey informed me <u>a change was on the way because Manheim had begun complaining about Tracy Parker concerning different issues, but HR never told me what the complaints where.</u> She told me that G4S was planning on taking action against Tracy Parker just as soon as they could get another supervisor trained to take his place because they wanted to keep their client Manheim satisfied due to Manheim complaining several different times about Tracy… <u>I told HR that was completely unfair to me because I had brought several complaints against Tracy and G4S did nothing, but now they are willing to move him only because their client Manheim began complaining about Tracy Parker…</u> (Refer to Exhibit E voice audio) which is proof that G4S was aware of my complaints against Tracy Parker

## **PRAYER FOR RELIEF**

WHEREFORE, I Angela Terry prays that the court with grant me relief as follows:

A. For extreme emotional distress that I have suffered
B. Punitive Damages
C. Defamation of character-libel
D. Violation of my civil rights
E. Economic damages that I've suffered since being moved from my post
F. I also seek an apology letter from the company

I'm seeking monetary damages against the defendants in the sum of 5 Million dollars and such other and further relief that the court may deem proper.

I pray that the court will allow me to move forward with my lawsuit against G4S secure solutions in hopes for justice to be served since they are responsible for me as a guard that's employed by their company and that they be held accountable for what they have allowed to happened to me by my former supervisor and for retaliating against me

I, Angela Terry state under penalty of perjury that all statements are true and correct on this 18th day of April, 2018

Respectfully Submitted,

Angela Terry
P.O. box 193233
Little Rock, Arkansas 72219

Date: 4-18-2018

Angela Terry

  In addition, I would like to request that the court Subpoena G4S's investigation that they told me they conducted from January 2018... Since being cleared of any wrong doing there would have never been a need to move me from my post and I believe that G4S used Manheim as their excuse to move me from my post to make it unnoticeable that they were in fact retaliating against me. G4S has also refused to provide me or the Attorney any documentation or a specific person at Manheim that they alleged asked that I be moved. (Refer to Exhibit 1)



I pray that the court will take a listen to my Voice Audios phone conversations with HR manager Tasha Pankey as a way to prove my case against G4S secure solutions.

                 Respectfully Submitted,

                 Angela Terry

                 P.O Box 193233

                 Little Rock, Arkansas 72219

Date: 4-18-2018

*Angela Terry* (signature)

EX. B 1

**Near Little Rock, AR**

Security officer    Past 3 days    Full-time    Protect

**G4S** Security Officer / Security Guard (Unarmed)
G4S
Little Rock, AR
via Glassdoor

🕐 7 days ago  💼 Full-time

**G4S** Custom Protection Officer Armed
G4S
Little Rock, AR
via Glassdoor

🕐 3 days ago  💼 Full-time

**G4S** Security Officer / Security Guard - Part-Time (Little Rock, AR)
G4S-Unternehmen:Sichere Lösung...
Little Rock, AR
via Stellenangebote Bei G4S Öster...

💼 Part-time





🎵 🖼️　　　　　　　　🎧 ⏰ 📶 🔋 2:10 PM　　EX.B2

🏠　🔒 https　www.google.com　9　⬆

**Turn on email alerts for this search**　　⚪

**G4S** **Security Officer / Security Guard (Unarmed)**　🔖

G4S

Little Rock, AR

via Lensa.com

🕐 Over 1 month ago　💼 Full-time

**G4S** **Unarmed Security Officer**　🔖

G4S

Little Rock, AR

via Lensa.com

🕐 Over 1 month ago　💼 Full-time

**G4S** **Upscale Security Officer Unarmed**　🔖

G4S

Little Rock, AR

via Lensa.com

🕐 Over 1 month ago　💼 Full-time

　　**DATE POSTED**　**TYPE**　**COMPANY TYPE**

◁　○　▢

EX.B3
🏠 🔒 https www.google.com 11 ⬆

### Guard Unarmed
G4S Business Unit:US Secure Solu...

Little Rock, AR

via G4S Careers Centre

💼 Full-time

### Custom Protection Officer Armed
G4S Secure Solutions

Little Rock, AR

via Glassdoor

🕐 21 days ago 💼 Full-time

### Security Officer / Security Guard - Part-Time (Little Rock, AR)
G4S-Unternehmen:Sichere Lösung...

Little Rock, AR

via Stellenangebote Bei G4S Öster...

💼 Part-time



21 more jobs

  

EX. B 4

## Latest jobs with G4S

- Security Officer / Custom Protection Officer
  **Salary:** $16.00 - $16.00
  **Location:** Reno, Nevada
- Security-Upscale Security Officer
  **Salary:** $13.00
  **Location:** Commerce City, CO
- Security-Upscale Security Officer
  **Salary:** $14.00
  **Location:** Englewood, Colorado
- Security-Upscale Security Officer
  **Salary:** $17.00
  **Location:** Boulder
- Upscale Security Officer
  **Salary:** $14.00
  **Location:** Greeley
- Upscale Security Officer
  **Salary:** $9.00 - $11.00
  **Location:** El Paso, Texas

**Show Latest Jobs**

# Security Officer / Security Guard Unarmed

Return to Search Results
**Job Reference:** G4S/TP/2545977/109633
**Number of Positions:** (1)
**Job Category:** Security/Protective Services
**Contract Type:** Full Time
**Salary:** $11.00
**Location:** Little Rock, Arkansas
**G4S Region:** North America
**Country:** United States

**G4S Business Unit:** US Secure Solutions
**Closing Date:** March 10, 2018

### Job Introduction:

### PLEASE CLICK APPLY OR TEXT "JOBS" TO 561-660-9797 FROM YOUR SMARTPHONE!

The world's leading private security organization, G4S, has an immediate job opportunity for a Traditional Security Officer. G4S is a security provider for the United States government, fortune 500 companies, nuclear power plants, oil and gas companies, airport, ports, banks, hospitals, factories, warehouses, commercial facilities, residential communities and much more.

G4S offers job security, excellent pay and benefits, and career opportunities. We offer entry level careers, management careers, sales careers and executive careers across the United States and internationally.

### Role Responsibility:

### Specific Duties and Essential Functions

- Perform security patrols of designated areas on foot or in vehicle
- Watch for irregular or unusual conditions that may create security concerns or safety hazards
- Sound alarms or call police or fire department in case of fire or presence of unauthorized persons
- Warn violators of rule infractions, such as loitering, smoking or carrying forbidden articles
- Permit authorized persons to enter property and monitors entrances and exits
- Observe departing personnel to protect against theft of company property and ensure that authorized removal of property is conducted within appropriate client requirements
- Investigate and prepare reports on accidents, incidents, and suspicious activities
- Provide assistance to customers, employees and visitors in a courteous and professional manner

The Ideal Candidate:

- [Security-Upscale Security Officer](#)
  **Salary:** $17.00
  **Location:** Boulder
- [Upscale Security Officer](#)
  **Salary:** $14.00
  **Location:** Greeley
- [Upscale Security Officer](#)
  **Salary:** $9.00 - $11.00
  **Location:** El Paso, Texas
- [Security Shift Supervisor](#)
  **Salary:** TBD
  **Location:** Chicago, Illinois

**Show Latest Jobs**

EX. B5

# Security Officer / Security Guard Unarmed

[Return to Search Results](#)
**Job Reference:** G4S/TP/2545977/114479
**Number of Positions:** 3
**Job Category:** Security/Protective Services
**Contract Type:** Full Time
**Salary:** $11.00
**Location:** Little Rock, Arkansas
**G4S Region:** North America
**Country:** United States

**G4S Business Unit:** US Secure Solutions
**Closing Date:** May 12, 2018

### Job Introduction:

**PLEASE CLICK APPLY OR TEXT "JOBS" TO 561-660-9797 FROM YOUR SMARTPHONE!**

The world's leading private security organization, G4S, has an immediate job opportunity for a Traditional Security Officer. G4S is a security provider for the United States government, fortune 500 companies, nuclear power plants, oil and gas companies, airport, ports, banks, hospitals, factories, warehouses, commercial facilities, residential communities and much more.

G4S offers job security, excellent pay and benefits, and career opportunities. We offer entry level careers, management careers, sales careers and executive careers across the United States and internationally.

### Role Responsibility:

### Specific Duties and Essential Functions

- Perform security patrols of designated areas on foot or in vehicle
- Watch for irregular or unusual conditions that may create security concerns or safety hazards
- Sound alarms or call police or fire department in case of fire or presence of unauthorized persons
- Warn violators of rule infractions, such as loitering, smoking or carrying forbidden articles
- Permit authorized persons to enter property and monitors entrances and exits
- Observe departing personnel to protect against theft of company property and ensure that authorized removal of property is conducted within appropriate client requirements
- Investigate and prepare reports on accidents, incidents, and suspicious activities
- Provide assistance to customers, employees and visitors in a courteous and professional manner

### The Ideal Candidate:

### Education, Licenses and Certifications Required

- Must possess a high school diploma or equivalent
- Must complete any State-required training or other qualifications for licensing
- Must successfully complete a State licensing test if driving a company-owned or client-provided vehicle

### Type and Length of Specific Experience Required

Please select ▾

EX B 6.

**Search Jobs**

Show All Jobs

# Latest jobs with G4S

- Security-Upscale Security Officer
  **Salary:** $17.00
  **Location:** Boulder
- Upscale Security Officer
  **Salary:** $14.00
  **Location:** Greeley
- Upscale Security Officer
  **Salary:** $9.00 - $11.00
  **Location:** El Paso, Texas
- Security Shift Supervisor
  **Salary:** TBD
  **Location:** Chicago, Illinois
- Project Manager
  **Salary:** TBD
  **Location:** Chicago, Illinois
- Multiple Site Officer - CPO Part Time
  **Salary:** $15.20 - $15.20
  **Location:** Sheridan, Wyoming

**Show Latest Jobs**

# Unarmed Security Officer

Return to Search Results
**Job Reference:** G4S/TP/2545977/107876
**Number of Positions:** 1
**Job Category:** Security/Protective Services
**Contract Type:** Full Time
**Salary:** $10.50
**Location:** Little Rock, Arkansas
**G4S Region:** North America
**Country:** United States

**G4S Business Unit:** US Secure Solutions
**Closing Date:** February 17, 2018

**Job Introduction:**

**PLEASE CLICK APPLY OR TEXT "JOBS" TO 561-660-9797 FROM YOUR SMARTPHONE!**



**David Boswell**

Friday, Mar 16 • 2:03 PM

David. Has my CPR card come in. I would like to have it I didn't think it would take all these months for me to get it... Also, I've been checking g4s job openings online almost weekly and I see a lot of unarmed post and I was wondering why I haven't gotten a call about any work

Friday, Mar 16 • 4:36 PM

**D** I am in Nashville TN training this week. I won't be able to look into it until I get back.

Ok. Cool talk to you then

Type an SMS message



EX. 1

# LISLE | RUTLEDGE
### ATTORNEYS

| | | |
|---|---|---|
| John Lisle (1939-2016)<br>Donnie Rutledge<br>Stephen Lisle | 1458 Plaza Place, Suite 103<br>P. O. Box 7977<br>Springdale, AR 72766-7977<br>P 479.750.4444<br>F 479.872.2122<br>www.lislerutledge.com | Gino Franco<br>Jason Boyeskie<br>Jason Andrew Jouett<br>Nicholas P. Corcoran<br>Rebekah J. Kennedy |

January 18, 2018

G4S
401 W. Capitol, Suite 450
Little Rock, AR

RE: Employee Handbooks, Processes, Procedures

To whom it may concern:

Please provide to our office copies of any employment handbooks, policies, procedures, or any other document providing information regarding how and when an employee may be removed from a post.

Also, please provide specific information regarding who at Manheim made the request that Ms. Angela Terry be removed from her post there. Include any names, addresses, phone and email contact, and any written communication showing that request for her removal.

Thank you for your cooperation in this matter.

Very truly yours,

LISLE RUTLEDGE, P.A.

Jason Andrew Jouett
Attorney at Law

Cc: Client

Intake No. 203816

COPY