**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ANGELA I. TERRY**                                                               **PLAINTIFF**

**v.**                                **CASE NO. 4:18-cv-00118-JLH**

**G4S SECURE SOLUTIONS (USA) INC.,**                                 **DEFENDANT**

**STIPULATED DISMISSAL WITH PREJUDICE**

---

Consistent with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Angela Terry and Defendant G4S Secure Solutions (USA) Inc. hereby notify the Court that this action has been resolved by the mutual agreement of the Parties and should be dismissed with prejudice.

This 7th day of May, 2019.

Respectfully submitted,

| | |
|---|---|
| Allison C. Pearson (#2017122) | /s/ Kelly E. Eisenlohr-Moul |
| Friday, Eldredge & Clark LLP | Kelly E. Eisenlohr-Moul (*Pro hac vice*) |
| 400 West Capitol Avenue, Suite 2000 | DINSMORE & SHOHL LLP |
| Little Rock, AR 72201 | 1100 Peachtree Street N.E., Suite 950 |
| Telephone: (501) 370-3309 | Atlanta, GA 30309 |
| Facsimile: (501) 573-2930 | Telephone: (470) 300-5337 |
| E-mail: apearson@fridayfirm.com | E-mail: kelly.eisenlohr-moul@dinsmore.com |
| | |
| | Travers B. Manley (*Pro hac vice*) |
| | DINSMORE & SHOHL LLP |
| | 250 West Main Street, Suite 1400 |
| | Lexington, KY 40507 |
| | Telephone: (859) 425-1000 |
| | Facsimile: (859) 425-1099 |
| | E-mail: travers.manley@dinsmore.com |

*Attorneys for Defendant, G4S Secure Solutions (USA) Inc.*

/s/ Angela I. Terry (w/ permission)
P.O. Box 193233
Little Rock, AR 72219
*Pro se* Plaintiff

**CERTIFICATE OF SERVICE**

  I, Kelly Eisenlohr-Moul, certify that on this 7th day of May, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have served the same on the *pro se* Plaintiff via certified and regular U.S. Mail at:

> Angela I. Terry
> P.O. Box 193233
> Little Rock, AR 72219

> /s/ Kelly Eisenlohr-Moul
> *Attorney for Defendant,*
> *G4S Secure Solutions (USA) Inc.*